IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 27 2017
Clerk, U S District Court
District Of Montana
Billings

HOCHHALTER INC., doing business as Far West Casino,

Plaintiff,

vs.

DIAMOND STATE INSURANCE COMPANY and MONTANA CLAIMS SERVICE OF BILLINGS, INC.,

Defendants.

CV 17-30-BLG-SPW

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations filed on November 8, 2017. (Doc. 10). Judge Cavan recommends that this Court grant Hochhalter's motion for remand and deny Hochhalter's request for attorney fees. (Doc. 5).

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Cavan's Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews Judge Cavan's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 10) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Hochhalter's motion for remand (Doc. 5) is GRANTED.

IT IS FURTHER ORDERED that Hochhalter's request for attorney fees is DENIED.

The Clerk of Court shall remand this case to the appropriate state district court and close this matter.

DATED this 27th day of November, 2017.

SUSAN P. WATTERS
United States District Judge